UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X
Solomon Friedman, Individually and on
Behalf of All Others Similarly Situated,

                Plaintiff,          Civil Action No.: 7:13-cv-02339

    v.


NCO Financial Systems, Inc.,          **NOTICE OF SETTLEMENT**

              Defendant(s).
-------------------------------------------------------------------------------X
Plaintiff, Solomon Friedman, hereby respectfully notifies the Court that the parties have reached a Settlement and anticipate filing a Stipulation of Dismissal shortly.

    Dated: June 30, 2013


                              By:  s/ Aryeh L. Pomerantz
                                  Aryeh L. Pomerantz, Esq.
                          Pomerantz & Pomerantz, PLLC
                          Attorneys at Law
                          Attorney for Plaintiff
                          3 College Rd.
                          Suite 102
                          Monsey, NY 10952
                          Tel. (845) 547-2600
                          Fax (845) 547-2601
                          aryeh@pom-law.com